**Order entered September 9, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00941-CR
### No. 05-16-00942-CR

**ROY EDDIE WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F15-51156-Q & F15-51157-Q**

## ORDER

The Court has before it appellant's August 31, 2016 motion to consolidate. We **GRANT** the motion to the extent appellant seeks to file a single brief for both cases. The motion is in all other aspects **DENIED**. The two appeals are companion cases and will be submitted together in due course.

/s/     LANA MYERS
        JUSTICE